**Cal JOHNSON, Plaintiff In Error,**

v.

**The STATE of Oklahoma, Defendant In Error.**

**No. A–12098.**

Criminal Court of Appeals of Oklahoma.

April 13, 1955.

Appeal from the County Court of Kiowa County; Clarence W. Hunter, Judge.

Cal Johnson was convicted of the offense of driving an automobile while under the influence of intoxicating liquor, and appeals. Affirmed.

Percy Hughes, Hobart, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., Sam H. Lattimore, Asst. Atty. Gen., for defendant in error.

POWELL, Judge.

Cal Johnson was charged in the county court of Kiowa County with the crime of driving an automobile while under the influence of intoxicating liquor, Tit. 47 O.S. A. § 93, was tried before a jury, convicted and his punishment fixed at a fine of $25.

No briefs have been filed, and no appearance was made for the defendant when the case was set for oral argument.

We have examined the record and find no error. The evidence to support the verdict was overwhelming. The car driven by the defendant was travelling at a high rate of speed at the time it got out of control and turned over a number of times. The defendant and his passenger,

both shown to have been intoxicated, miraculously escaped death. Other motorists were endangered. The judgment appealed from is affirmed. Tit. 20 O.S.A. § 47; Landrum v. State, 96 Okl.Cr. 330, 255 P.2d 291; Berg v. State, 97 Okl.Cr. 320, 262 P.2d 913; Pingleton v. State, 97 Okl. Cr. 323, 262 P.2d 911.

JONES, P. J., and BRETT, J., concur.